# United States District Court
# Eastern District of California

Jose Luis Isaza

Plaintiff(s)

V.

Markwayne Mullin, Secretary, DHS

Defendant(s)

Case Number: 1:26-cv-07002-TLN-CSK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alex Solomiany, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Jose Luis Isaza

On 12/20/1995 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the Southern Dist. of FL (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 8/31/2026 Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Alex Solomiany, Esq.

Law Firm Name: Alex Solomiany, P.A.

Address: 19790 W. Dixie Hwy

Suite 402

City: Aventura State: FL Zip: 33180

Phone Number w/Area Code: (305) 373-1105

City and State of Residence: North Miami Beach, FL

Primary E-mail Address: alex@alexsolomiany.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Galina Dorris, Esq.

Law Firm Name: Gavrilov & Brooks

Address: 2315 Capitol Ave.

City: Sacramento State: CA Zip: 95816

Phone Number w/Area Code: (916) 504-0529 Bar # 365131

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/9/2026

Chi Soo Kim

JUDGE, U.S. DISTRICT COURT