UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS I.,[1]<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-7002-TLN-CSK<br><br>A# 079-188-150<br><br>**RELEASE ORDER** |

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 10.) Respondents filed objections to the findings and recommendations after their deadline to do so had expired, stating they object for the reasons stated in their answer to the petition. (ECF No.

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

11.) Although Respondents' objections are untimely, the Court in its discretion and in the interests of justice has considered the objections herein.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are ADOPTED in full as set forth below.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents shall IMMEDIATELY RELEASE Petitioner JOSE LUIS I. (A# 079-188-150) from custody under the same supervisory conditions he was subject to before his March 4, 2026 re-detention — his February 9, 2017 Order of Supervision. Respondents shall return those to petitioner at the time of release.

4. Respondents are ENJOINED from re-detaining Petitioner absent compliance with statutory and constitutional protections, including a minimum of seven-days' pre-deprivation notice and strict compliance with the requirements of 8 C.F.R. §§ 241.4(l), 241.13(i), or a pre-deprivation hearing before a neutral factfinder where the government must establish by clear and convincing evidence that material changed circumstances demonstrate (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. At any such hearing, Petitioner shall be allowed to have counsel present.

5. The Clerk of the Court is directed to serve a copy of this Order on the Central Valley Annex Detention Facility, enter judgment in favor of Petitioner, and close this case.

///

///

///

IT IS SO ORDERED.

DATE: November 13, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE